LYNN HUBBARD III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff

JEFFREY LENKOV, SBN 156478
JAMIE L. FUGERE, SBN 228389
MANNING & MARDER
KASS, ELLROD, RAMIREZ, LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERIE WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC. dba KOHL'S #1069,<br><br>    Defendant. | Case No. 2:10-CV-02461-WBS-GGH<br><br>JOINT STIPULATION TO EXTEND TIME TO FILE STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL |

    1.    It is hereby stipulated by and between Plaintiff Sherie White ("Plaintiff") and Defendant Kohl's Department Stores, Inc. ("Defendant"), through their respective counsel, that the parties shall have an additional thirty (30) days, or until April 21, 2011, to file a Stipulation and Proposed Order for Dismissal of the above-captioned matter in its entirety.

    2.    Plaintiff and Defendant are still finalizing settlement documents and

require additional time in which to complete them and to file a stipulation for dismissal.

3. Therefore, the parties have stipulated to and jointly request that the Court approve an additional extension of time for Plaintiff and Defendant to file a Stipulation and Proposed Order for Dismissal of the above-captioned matter in its entirety.

Dated: March 22, 2011        DISABLED ADVOCACY GROUP, APLC

　　　　　　　　　　　　　　　　 /s/   Lynn Hubbard III
　　　　　　　　　　　　　　　　LYNN HUBBARD III
　　　　　　　　　　　　　　　　Attorneys for Plaintiff SHERIE WHITE

Dated: March 22, 2011        MANNING & MARDER
　　　　　　　　　　　　　　　　KASS, ELLROD, RAMIREZ, LLP

　　　　　　　　　　　　　　　　 /s/   Jamie L. Fugere
　　　　　　　　　　　　　　　　JAMIE L. FUGERE
　　　　　　　　　　　　　　　　Attorneys for Defendant KOHL'S
　　　　　　　　　　　　　　　　DEPARTMENT STORES, INC

## ORDER

IT IS HEREBY ORDERED that the parties shall have until April 21, 2011, to file a Stipulation and Proposed Order for Dismissal of the above-captioned matter in its entirety, or a Joint Status Report if settlement has not been finalized. The **Scheduling Conference is continued from April 4, 2011 to May 2, 2011 at 2:00 p.m.**

Dated:   March 23, 2011

　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE