1  LYNN HUBBARD III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244

5  Attorneys for Plaintiff

6  JEFFREY LENKOV, SBN 156478
   JAMIE L. FUGERE, SBN 228389
7  MANNING & KASS, ELLROD,
   RAMIREZ, TRESTER, LLP
8  15th Floor at 801 Tower
   801 South Figueroa Street
9  Los Angeles, CA 90017
   Telephone: (213) 624-6900
10 Facsimile: (213) 624-6999
   Email: jzf@mmker.com
11
   Attorneys for Defendant
12 KOHL'S DEPARTMENT STORES, INC.

13

14                    UNITED STATES DISTRICT COURT
15                    EASTERN DISTRICT OF CALIFORNIA
16

17 SHERIE WHITE,                        Case No. 2:10-CV-02461-WBS-GGH
18       Plaintiff,
19 v.                                   STIPULATION FOR DISMISSAL and
                                        [Proposed] ORDER THEREON
20 KOHL'S DEPARTMENT STORES,
21 INC. dba KOHL'S #1069,
22       Defendant.
                                    /
23

---

Stipulation for Dismissal and                         *White v. Kohl's Department Stores, Inc.*
[Proposed] Order Thereon            - 1 -              Case No. 2:10-CV-02461-WBS-GGH

TO THE COURT AND ALL PARTIES:

  Plaintiff, SHERIE WHITE, and defendant, KOHL'S DEPARTMENT STORES, INC. dba KOHL'S #1069, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: April 12, 2011    DISABLED ADVOCACY GROUP, APLC

               */s/   Lynn Hubbard III*
               LYNN HUBBARD III
               Attorney for Plaintiff

Dated: April 12, 2011    MANNING & KASS, ELLROD,
               RAMIREZ, TRESTER, LLP

               */s/   Jamie L. Fugere*
               JAMIE L. FUGERE
               Attorney for Defendant
               KOHL'S DEPARTMENT STORES, INC.

## **ORDER**

  IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:10-CV-02461-WBS-GGH, is hereby dismissed with prejudice.

Dated:   April 13, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation for Dismissal and
[Proposed] Order Thereon  - 2 -  *White v. Kohl's Department Stores, Inc.*
Case No. 2:10-CV-02461-WBS-GGH